**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00881-REB

MELODY M. DAVIS,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner, Social Security Administration,

    Defendant.

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412(d)**

**Blackburn, J.**

    The matter before me is the **Stipulated Motion For an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)** [#21] filed December 20, 2010. After reviewing the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For an Award of Attorney Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412(d)** [#21] filed December 20, 2010, is **GRANTED**;

    2. That plaintiff is **AWARDED** $5,000.00 in attorney fees pursuant to the EAJA;

    3. That payment shall be made payable to plaintiff and delivered to plaintiff's counsel;

4.  That payment of $5,000.00 shall constitute a complete release from and bar to any claims plaintiff may have relating to EAJA fees or costs in this case; and

5.  That this award is without prejudice to the right of plaintiff's counsel to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

Dated December 22, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge